## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:12-md-02385-DRH <br><br> MDL No. 2385 |

**This Document Relates To:**

*Carlton Daffus v. Boehringer Ingelheim*          No. 13-cv-51128-DRH
*Pharmaceuticals Inc., et al.*


### AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal entered on January 22, 2016(Doc. 5), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


BY:  _/s/Caitlin Fischer_
**Deputy Clerk**

**Dated:**  January 26, 2016

Digitally signed by
Judge David R.
Herndon
Date: 2016.01.26
06:52:15 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**